UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HCA HEALTHCARE INC. | CIVIL ACTION |
| VERSUS | NO. 23-1311 |
| ATTORNEY GENERAL OF THE UNITED STATES, ET AL | SECTION: "I" (2) |

**O R D E R**

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action No. 23-1305, *Louisiana Children's Medical Center v. Attorney General of the United States, et al*, before Section I (5) of this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section I (5).

New Orleans, Louisiana, this 9th day of May, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

5/9/23

**TRANSFERRED TO**
**MAG 5**