MINUTE ENTRY
AFRICK, J.
July 6, 2023
JS-10 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1305**<br>**c/w 23-1311**<br>**c/w 23-1890**<br>**REF: ALL CASES** |
| **ATTORNEY GENERAL OF THE UNITED STATES ET AL.** | **SECTION I** |

<u>**ORDER**</u>

On this date, the Court held a status conference with counsel for all parties participating. The Court and the parties discussed the factual and procedural background in this matter, as well as the pending motions. Pursuant to the discussion at the conference,

**IT IS ORDERED** that Case Nos. 23-1305 and 23-1311 are hereby **STAYED** and **ADMINISTRATIVELY CLOSED** until further order of this Court.

**IT IS FURTHER ORDERED** that the State of Louisiana's motion[1] to intervene in Case No. 23-1890 is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall submit any motions for summary judgment and/or judgment on the pleadings by **JULY 18, 2023**. The parties shall file any responses by **AUGUST 9, 2023**. The parties shall file any replies by

---
[1] Case No. 23-1890, R. Doc. No. 37.

**AUGUST 23, 2023**, and the submission date of the motions shall be **AUGUST 23, 2023**.

New Orleans, Louisiana, July 6, 2023.

                                                **LANCE M. AFRICK**
                                   **UNITED STATES DISTRICT JUDGE**